# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:  
JERRY A MARTIN  
606 RANDAL RD  
PATASKALA, OH  430627200

Case No:    09-63899

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-5489

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 22, 2011

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| JERRY A MARTIN<br>606 RANDAL RD<br>PATASKALA, OH  430627200 | 2,433.85 |